Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**         **FORM 3**

| |
|---|
| **Zhejiang Senya Board Industry Co., Ltd. and Zhangzhou Wangjiamei Industry & Trade Co., Ltd.** |
| **Plaintiff,** |
| **v.** |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S**
**Court No. 26-2482**

**TO:**  The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1. Zhejiang Senya Board Industry Co., Ltd. (Foreign Producer and Exporter)
Zhangzhou Wangjiamei Industry & Trade Co., Ltd. (Foreign Producer and Exporter)
_____
(Name and standing of plaintiff)

2. Countervailing Duty Review Determination for the period 1/1/23 - 12/31/23 as published
_____
Wood Moulding and Millwork Products from the PRC: Final Results of Countervailing
_____
Duty Administrative Review; 2023 91 Fed. Reg. 8404 (February 23, 2026)
_____
(Brief description of contested determination)

3. 2/17/2026
_____
(Date of determination)

4. 2/23/2026
_____
(If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

/s/ David Craven
_____
Signature of Plaintiff's Attorney

_____March 25, 2026_____
Date

| |
|---|
| Craven Trade Law LLC |
| 3744 N Ashland |
| Chicago, IL 60613 |
| (773) 709-8506 |
| david.craven@tradelaw.com |

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)

Attorney General of the United States
Attorney-in-Charge
International Trade Field Office
U.S. DEPARTMENT OF JUSTICE
Civil Division
26 Federal Plaza
New York, NY 10278

The Honorable Howard Lutnick
c/o Chief Counsel for Trade Enforcement and Compliance
U.S. DEPARTMENT OF COMMERCE
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

Supervisory Attorney
Civil Division
Commercial Litigation Branch
U.S. DEPARTMENT OF JUSTICE
P.O. Box 480
Ben Franklin Station
Washington, DC 20444